## CATHARINE SULLIVAN, PLAINTIFF IN ERROR, v. WILLIAM BARRY ET AL., DEFENDANTS IN ERROR.

A married woman can, without the co-operation of her husband, create a term of more than three years in her lands.

Error to the Supreme Court.

For the plaintiff in error, *G. Collins*.

For the defendants in error, *J. Flemming*.

The opinion of the court was delivered by

The Chancellor. The only question presented is whether a married woman can, without the co-operation of her husband, create a term of more than three years in her

lands. This question was considered by the Supreme Court in its advisory opinion in a suit between the same parties under the. act concerning landlords and tenants, and it was there held that such power exists. *Sullivan* v. *Barry,* 17 *Vroom* 1. I concur in the views there expressed upon the subject, and therefore am of opinion that the judgment in this case should be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, DIXON, MAGIE, PARKER, REED, SCUDDER, VAN SYCKEL, BROWN, CLEMENT, COLE. 12.

*For reversal*—None.